PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: David Patterson                    Cr.: 18-00264-001
                                                                          PACTS #: 4887623

Name of Sentencing Judicial Officer:    THE HONORABLE ESTHER SALAS
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/11/2019

Original Offense:   Count One: Aiding and Assisting in the Preparation of False Income Tax Returns, in violation of 26 USC § 7206(2), a Class E Felony;
Count Two: Failure to File Tax Return, in violation of 26 USC § 7203, a Class A Misdemeanor

Original Sentence: 29 months imprisonment, 12 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Financial Disclosure, Cooperate with IRS, Mental Health Treatment, No New Debt/Credit, Other Condition, Employment Requirements/Restrictions, Self-Employment/Business Disclosure

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/13/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                   The individual under supervision has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'**

                     David Patterson has failed to make $100 monthly restitution payments and he has a restitution balance of $290,271.

On January 13, 2022, David Patterson commenced supervised release upon his release from the Bureau of Prisons. He resides in Roselle, New Jersey and is presently unemployed. Mr. Paterson's term of supervision is currently scheduled to expire on January 12, 2023.

Mr. Patterson has not made consistent payments toward the financial obligation. On November 28, 2022, he made a $50 payment which satisfied the remaining special assessment balance. On December 31, 2022, Mr. Patterson made another $50 payment that was applied toward the restitution balance. At this time, the restitution balance remains $290,271.

Although he has only made two payments over the last 12 months, we are respectfully requesting that Mr. Patterson's term of supervision terminate as scheduled since the Financial Litigation Unit of the U.S. Attorney's Office will pursue collection of the remaining restitution balance.

Prob 12A – page 2
David Patterson

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Maribel Perez*

By: MARIBEL PEREZ
U.S. Probation Officer

/ mp

APPROVED:

_____   01/06/2023
CARRIE H. BORONA                  Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow Supervision to Expire as Scheduled on January 12, 2023 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Hon. ESTHER SALAS
1/10/2023
Date